JOSEPH TURNER, Appellant, v. S. S. KRESGE COMPANY, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Thompson and Crosby, JJ.

HENRY BECKLEY, Appellant, v. S. S. KRESGE COMPANY, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Thompson and Crosby, JJ.

CHRISTINA BRAUNE, Appellant, v. ERNESTINE KORST and Others, Respondents. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

RICHARD W. WHITE, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

JACOB F. SCHOELLKOPF and Others, Plaintiffs, v. THE MARINE TRUST COMPANY OF BUFFALO, Defendant.— Motion for leave to appeal to the Court of Appeals granted. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ. [See *ante*, p. 11.]

GROVER H. PRATT, Respondent, v. CLARENCE SNYDER and CORNELIUS R. WIDMAN, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

CHARLES LEVY, Respondent, v. UNIVERSAL CREDIT COMPANY, Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and plaintiff's counter-motion to retain the venue in Monroe county denied, with ten dollars costs, on condition that the defendant stipulate in writing within ten days the receipt of the letter and check mentioned in the affidavit of H. F. Matthewson, verified February 5, 1934, and that the check was used by defendant. All concur. Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

BELLE C. SALMON, Respondent, v. TOWN OF PITTSFORD and Others, Appellants.— Motion to amend order of modification entered June 27, 1934, granted. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.